UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 5:11cr21 |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **INDICTMENT** |
| JEFFREY LYNN HOLMES ) | |
| CEDRIC DENARD HOLMES ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the safety of the officers executing the arrest warrants, until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 19 day of April, 2011.

DAVID ~~C. KEESLER~~ S. CAYER
UNITED STATES MAGISTRATE JUDGE