IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:11CR21-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>JEFFREY LYNN HOLMES )<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Government's Response To Defendant Jeffrey Holmes' Motion To Join Suppression Motion Of Co-Defendant And Participate In the Evidentiary Hearing filed on August 5, 2011. (Doc.# 31)

On June 23, 2011, Co-Defendant, Cedric Holmes, filled a Motion To Suppress, (Doc.#25) and the Government responded to the Motion on July 5, 2011. (Doc.#29) Consequently, on August 8, 2011, a Notice Of Rescheduled Hearing On Motion To Suppress was noticed for August 9, 2011, at 1:30PM.[1] Moreover, on August 4, 2011, Co-Defendant Jeffrey Holmes filed a Motion To Join Suppression Motion of Co-Defendant And Participate In the Evidentiary Hearing.[2](Doc.#30) Now, the instant motion before the Court request that the hearing be continued, so that the Government could have more time to supplement their original response to Defendant Cedric Holmes' Motion To Suppress, as the Government's response filed on July 5, 2011, only pertained to Defendant, Cedric Holmes.

Upon Consideration of the Government's Motions filed in the above captioned matter the Court finds no good cause has been shown to continue the Suppression Hearing currently

---

[1] The Hearing was originally scheduled for 2PM on August 9, 2011.

[2] The Court granted by Text Order on August 5, 2011.

scheduled for August 9, 2011 at 1:30PM

**IT IS THEREFORE, ORDERED** that the Government's Motion is **DENIED.**

Signed: August 8, 2011

Richard L. Voorhees
United States District Judge